UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW LOCAL 353 PENSION PLAN,<br><br>    Plaintiff,<br><br>    v.<br><br>EARGO, INC., et al.,<br><br>    Defendants. | Case No. 21-cv-08747-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Charles R. Breyer for consideration of whether the case is related to *Chung v. Eargo, Inc. et al.*, No. 3:21-cv-08597-CRB.

**IT IS SO ORDERED.**

Dated: 12/14/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge