IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EARGO, INC. SECURITIES LITIGATION | Case No. 21-cv-08597-CRB<br><br>**JUDGMENT** |

On August 31, 2023, the Court granted Defendants' motion to dismiss the SAC. See Order (dkt. 126). The Court allowed Plaintiffs to file a third amended complaint. Id. at 5. Plaintiffs have now informed the Court that they will not file a third amended complaint. See Notice of Intent Not to Amend (dkt. 127). Instead, they have asked the Court to enter final judgment so that they may appeal. Id. at 2. Good reasons appearing therefor, the Court hereby ENTERS JUDGMENT in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: October 12, 2023

CHARLES R. BREYER
United States District Judge